IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENERAL MOTORS LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>                  Defendants. | Case No. 23-cv-04062<br><br>**Judge Franklin U. Valderrama**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiff General Motor LLC's ("Plaintiff" or "GM") Motion for Entry of a Preliminary Injunction as to Defendant Nos. 1-3 and 36-182 ("Defendants"), and the Court having heard the evidence before it hereby GRANTS GM's Motion for Entry of a Preliminary Injunction in its entirety against Defendant Nos. 1-3 and 36-182 identified on Schedule A attached hereto (the "Seller Aliases").

The Court further finds that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, GM has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars and/or funds from U.S. bank accounts, and have sold products using counterfeit and infringing versions of GM's federally registered trademarks ("GM Trademarks") to residents of Illinois. *See* Exhibit 2 to the Declaration of Andrea Ankawi [R. 19],

1

which includes screenshot evidence confirming that each Defendant internet store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the GM Trademarks. A list of the GM Trademarks is included in the below chart.

| Registration No. | Trademark |
|---|---|
| 1,223,115 | GENERAL MOTORS |
| 6,775,114 | GM |
| 1,633,965 | DURAGUARD |
| 4,552,244 | DURALIFE |
| 5,367,502; 6,775,114 | DURAMAX |
| 1,342,435 | GUIDE |
| 6,439,852 | GUIDEX |
| 4,572,442 | TECH 2 |
| 5,151,745 | TUSCAN |
| 3,252,846 | VORTEC |
| 271,167; 314,824; 314,825; 314,823 | GM (logo) |
| 1,685,062; 4,596,433; 1,474,088; 1,575,170 | GM (logo) |
| 1,471,518; 1,661,627; 2,309,369; 2,311,214; 2,348,249; 2,522,861; 2,563,091 | CHEVROLET |
| 2,357,128; 2,308,986; 1,494,385 | CHEVY |
| 2,313,756; 2,356,823; 2,654,526; 3,126,223; 3,628,953; 4,246,081 | CAMARO |
| 2,866,966 | AVALANCHE |
| 5,751,576; 2,656,665 | BLAZER |
| 2,561,229; 4,394,946; 2,059,324 | BEL AIR |
| 3,185,665 | C6 |
| 4,646,598 | CANYON |
| 2,311,794; 4,431,312; 4,431,313; 4,431,314; 4,431,315 | CHEVELLE |
| 4,646,599 | COLORADO |
| 1,467,522; 1,494,171; 1,494,980; 1,495,033; 2,311,215; 2,314,485; 2,463,898 | CORVETTE |
| 5,643,759 | CRUZE PREMIER |
| 4,382,628 | EL CAMINO |

| | |
|---|---|
| 2,854,854 | EQUINOX |
| 4,444,192 | HIGH COUNTRY |
| 661,322; 2,311,798; 2,669,222 | IMPALA |
| 4,275,949; 4,275,878 | L88 |
| 4,382,776 | LT-1 |
| 4,713,011 | LT1 |
| 2,092,090; 2,663,321 | MALIBU |
| 2,430,738; 2,681,174 | MONTE CARLO |
| 1,039,220 | SILVERADO |
| 1,519,946; 1,750,042; 4,436,811 | STINGRAY |
| 1,490,090; 2,652,035 | SUBURBAN |
| 1,880,529; 2,652,036 | TAHOE |
| 3,537,570 | TRAVERSE |
| 4,704,309 | TRAX |
| 4,275,899 | TURBO-FIRE |
| 4,275,896; 4,275,897 | TURBO-JET |
| 2,316,536 | Z/28 |
| 2,008,406; 2,308,988; 2,654,527 | Z71 |
| 4,279,992; 5,566,056 | ZR2 |
| 4,172,493; 4,117,179 | ZL1 |
| 1,540,658 | *Chevrolet* logo |
| 2,311,397; 2,563,092; 2,678,153 | CHEVROLET bowtie logo |
| 2,311,791; 2,311,792; 2,311,918; 2,538,436; 2,550,170; 2,562,025; 2,578,898; 2,734,714; 2,736,654; 2,779,456 | bowtie logo (outline) |
| 95,398 | bowtie logo |
| 1,519,942; 1,530,792; 1,661,628 | bowtie logo (solid) |
| 579,485 | *Corvette* script |
| 2,311,399 | Chevrolet Corvette circular emblem |
| 2,631,880; 2,654,528 | Corvette crossed flags emblem |
| 2,750,257 | Corvette crossed flags with bowtie |
| 2,242,877; 2,683,719 | Corvette C5 crossed flags emblem |

3

| Patent Numbers | Mark |
|---|---|
| 3,739,089; 3,739,090; 3,739,092; 3,739,093; 3,739,094; 3,739,096; 3,739,097; 3,739,098 | (Corvette crossed flags logo) |
| 4,482,475; 4,597,263; 4,601,524; 4,601,525; 4,601,526; 4,601,527; 4,719,036; 4,719,043 | (Corvette crossed flags logo) |
| 1,491,293; 1,494,172; 2,311,917; 2,545,133; 2,578,899; 2,666,595 | (Corvette circle logo) |
| 6,190,715; 6,639,689 | (Corvette crossed flags logo) |
| 6,433,801 | (Corvette C8 flags logo) |
| 3,650,649; 3,650,651; 3,650,654; 3,650,657 | (Jake skull logo) |
| 4,514,976; 4,597,272; 4,597,273; 4,597,275; 4,597,292; 4,601,531 | (Stingray logo) |
| 2,700,379 | (Camaro emblem) |
| 4,863,379; 4,863,380; 4,863,381; 4,863,382; 4,863,383; 4,863,384; 5,004,543 | (CAMARO logo) |
| 1,506,101; 2,346,738 | (Chevrolet grille emblem) |
| 1,898,835; 2,346,737; 2,346,904; 2,349,761; 2,756,065 | (Impala logo) |
| 2,721,375 | (Impala with Chevrolet bowtie logo) |
| 201,694; 1,900,372; 1,665,834; 1,663,465; 1,782,739; 1,681,292; 1,700,662; 2,654,530; 3,609,853 | CADILLAC |
| 6,131,047 | CT4 |
| 6,119,389 | CT5 |
| 3,261,764 | CTS |
| 2,931,763; 2,269,827; 3,520,169; 3,520,185 | ESCALADE |
| 2,792,883 | ESV |

4

| | |
|---|---|
| 2,830,721 | SRX |
| 5,018,505 | XT5 |
| 5,864,138 | XT4 |
| 6,097,037 | XT6 |
| 1,570,808 | *Cadillac* (logo) |
| 1,768,653 | (Cadillac crest logo) |
| 1,723,245 | (Cadillac crest logo) |
| 1,686,536; 1,871,376; 1,872,415; 2,659,597 | (Cadillac crest logo) |
| 2,654,531; 2,750,240; 2,779,457 | (Cadillac crest logo) |
| 4,642,212; 4,728,403; 4,827,580; 4,827,581; 4,827,582; 4,837,265 | (Cadillac logo) |
| 2,875,574 | (V logo) |
| 1,470,781; 1,569,557; 2,449,301; 2,455,330; 2,459,744; 2,459,750; 2,461,681; 2,461,697; 2,700,392 | GMC |
| 3,242,874 | ACADIA |
| 5,751,578 | AT4 |
| 2,224,539 | DENALI |
| 4,973,662 | ELEVATION |
| 2,744,964 | LIKE NOTHING ELSE |
| 2,057,709 | SAVANA |
| 1,573,202; 2,683,735 | SIERRA |
| 1,598,480 | YUKON |
| 3,056,298 | H2 |
| 3,453,396; 3,457,399; 3,717,305 | H3 |
| 2,245,635; 2,414,500; 2,953,685; 5,519,708 | HUMMER |
| 2,631,795; 2,740,337; 2,654,456; 2,954,605; 2,625,050 | HUMMER (logo) |

5

| Registration Numbers | Mark |
|---|---|
| 2,625,051; 2,604,940; 2,707,075 | H2 (logo) |
| 2,659,457 | (Humvee vehicle design) |
| 860,907; 1,682,097; 1,685,308; 1,685,358; 1,686,484; 1,694,262; 1,727,606; 2,625,102; 2,678,154 | BUICK |
| 5,464,849 | AVENIR |
| 3,336,426 | ENCLAVE |
| 4,342,824 | ENCORE |
| 4,308,089; 4,333,887; 4,333,889; 4,333,888; 4,333,886 | GNX |
| 4,275,405; 4,275,368; 4,275,406; 4,275,397; 4,275,355 | GRAND NATIONAL |
| 4,275,881; 4,275,882 | GSX |
| 2,926,906 | LACROSSE |
| 2,693,400 | REGAL |
| 5,082,334 | RIVIERA |
| 5,570,976 | TOURX |
| 511,603 | BUICK (stylized logo) |
| 1,559,739; 1,690,241; 1,698,990; 1,713,553; 1,741,359; 1,790,402; 2,545,104; 2,625,101; 2,631,830; 2,740,351 | (Buick tri-shield logo) |
| 1,473,052 | (Buick tri-shield logo) |
| 1,467,546; 1,701,857; 1,708,037; 1,744,568; 2,539,540; 2,563,775; 2,563,776; 2,659,488; 2,683,733; 2,685,227 | PONTIAC |
| 1,470,780; 2,700,393 | FIREBIRD |
| 2,686,610 | BONNEVILLE |
| 1,470,782; 3,329,341; 3,329,342 | FIERO |
| 2,686,611 | GRAND AM |
| 2,752,897 | GRAND PRIX |
| 2,522,859; 4,275,876; 4,275,877 | GTO |
| 2,985,088; 3,401,756 | THE JUDGE |
| 4,279,990; 4,279,991 | WS6 |

6

| | |
|---|---|
| 1,495,970 | PONTIAC |
| 1,686,331; 1,697,696; 1,697,755; 1,744,567; 2,539,542; 2,550,171; 2,555,084; 2,570,842; 2,625,151; 2,635,330; 2,683,734 | |
| 2,563,777 | |
| 1,494,384 | |
| 2,734,723 | |
| 4,334,451; 4,334,454 | |
| 4,338,289; 4,338,290 | |
| 4,338,292 | |
| 4,338,293; 4,338,294 | |
| 2,775,430; 1,745,728; 2,736,653; 1,744,632 | OLDSMOBILE |
| 4,286,315; 4,286,316 | 442 |
| 2,777,839 | |

| | |
|---|---|
| 2,727,122 | |
| 4,334,441 | |
| 4,331,923 | |
| 2,052,593 | AC-DELCO |
| 6,883,181 | DELCO |
| 2,216,695 | AUTOTRAC |
| 4,189,148 | DELCO REMY |
| 2,044,503 | DEX-COOL |
| 6,725,091 | DEXCOOL |
| 3,929,002 | DEXOS |
| 833,566; 3,532,106 | DEXRON |
| 2,010,805 | RAPID FIRE |
| 2,457,659 | TRANSYND |
| 310,672; 311,173; 311,656 | AC |
| 2,440,150; 2,440,149; 2,426,384; 2,445,740; 2,445,739; 3,111,630; 2,399,723; 2,445,737; 2,445,738; 5,157,151 | ACDelco |
| 5,751,569 | dexos APPROVED |
| 3,945,278 | dexos1 |
| 4,653,624 | dexos2 |
| 4,471,526 | DEXRON APPROVED |

The Court also finds that the injunctive relief previously granted in the Temporary Restraining Order ("TRO") [R. 24] should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65.

Evidence submitted in support of this Motion and in support of GM's previously granted Motion for Entry of a Temporary Restraining Order establishes that GM has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that GM will suffer irreparable harm if the injunction is not granted. Specifically, GM has demonstrated a *prima facie* case of trademark infringement because (1) the GM Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the GM Trademarks, and (3) Defendants' use of the GM Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with GM. Furthermore, Defendants' continued and unauthorized use of the GM Trademarks irreparably harms GM through diminished goodwill and brand confidence, damage to GM's reputation, and loss of exclusivity. Monetary damages fail to address such damage and, therefore, GM has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. As such, the Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and other persons acting in active concert or participation with them be preliminarily enjoined and restrained from:

    a. using the GM Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine GM product or not authorized by GM to be sold in connection with the GM Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine GM product or any other product produced by GM, that is not GM's or not produced

       under the authorization, control or supervision of GM and approved by GM for sale under the GM Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of GM, or are sponsored by, approved by, or otherwise connected with GM;

    d. further infringing the GM Trademarks and damaging GM's goodwill; and

    e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for GM, nor authorized by GM to be sold or offered for sale, and which bear any of GM's trademarks, including the GM Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Upon GM's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Walmart Inc. ("Walmart"), Etsy, Inc. ("Etsy"), and DHgate (collectively, the "Third Party Providers") shall, within ten (10) business days after receipt of such notice, provide to GM expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

    a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses;

    b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces; and

    c. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, Wish.com, Walmart, Etsy, and DHgate, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. Upon GM's request, those with notice of the injunction, including the Third Party Providers as defined in Paragraph 2, shall within ten (10) business days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the GM Trademarks.

4. Defendants shall not transfer or dispose of any money or other Defendants' assets in any of Defendants' financial accounts.

5. Any Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, shall, within ten (10) business days of receipt of this Order:

    a. locate all accounts and funds connected to Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by the Court.

6. GM is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34 and 36, related to:

    a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses; and

    b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces.

GM is authorized to issue any such expedited discovery requests via e-mail. Defendants shall respond to any such discovery requests within ten (10) business days of being served via e-mail.

7. GM may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order and other relevant documents on a website and by sending an e-mail to Defendants that includes a link to said website. The Clerk of the Court is

      directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8.    Schedule A to the Complaint [R. 2], Exhibit 2 to the Declaration of Andrea Ankawi [R. 19], and the TRO [R. 24] are unsealed.

9.    Any Defendant or other persons that is subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

10.    The $10,000 bond posted by GM shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

IT IS SO ORDERED.

Dated: August 2, 2023

_____
United States District Judge
Franklin U. Valderrama

**General Motors LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 23-cv-04062**

# Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | dgkunde.en.alibaba.com | Dongguan Kunde Industrial Investment Co., Ltd. |
| 2 | eculock.en.alibaba.com/minisiteentrance.html | Shenzhen chezhihui Trade Co., Ltd |
| 3 | obdok.en.alibaba.com/minisiteentrance.html | Sichuan Chensirui Technology Ltd. |
| 4 | EXCEPTED | EXCEPTED |
| 5 | EXCEPTED | EXCEPTED |
| 6 | EXCEPTED | EXCEPTED |
| 7 | EXCEPTED | EXCEPTED |
| 8 | EXCEPTED | EXCEPTED |
| 9 | EXCEPTED | EXCEPTED |
| 10 | EXCEPTED | EXCEPTED |
| 11 | EXCEPTED | EXCEPTED |
| 12 | EXCEPTED | EXCEPTED |
| 13 | EXCEPTED | EXCEPTED |
| 14 | EXCEPTED | EXCEPTED |
| 15 | EXCEPTED | EXCEPTED |
| 16 | EXCEPTED | EXCEPTED |
| 17 | EXCEPTED | EXCEPTED |
| 18 | EXCEPTED | EXCEPTED |
| 19 | EXCEPTED | EXCEPTED |
| 20 | EXCEPTED | EXCEPTED |
| 21 | EXCEPTED | EXCEPTED |
| 22 | EXCEPTED | EXCEPTED |
| 23 | EXCEPTED | EXCEPTED |
| 24 | EXCEPTED | EXCEPTED |
| 25 | EXCEPTED | EXCEPTED |
| 26 | EXCEPTED | EXCEPTED |
| 27 | EXCEPTED | EXCEPTED |
| 28 | EXCEPTED | EXCEPTED |

| 29 | EXCEPTED | EXCEPTED |
|----|----------|----------|
| 30 | EXCEPTED | EXCEPTED |
| 31 | EXCEPTED | EXCEPTED |
| 32 | EXCEPTED | EXCEPTED |
| 33 | EXCEPTED | EXCEPTED |
| 34 | EXCEPTED | EXCEPTED |
| 35 | EXCEPTED | EXCEPTED |
| 36 | amazon.com/sp?seller=A18OGFT0PPM1B8 | A18OGFT0PPM1B8 |
| 37 | amazon.com/sp?seller=A1NW8UZECMIGLD | A1NW8UZECMIGLD |
| 38 | amazon.com/sp?seller=A23FDASM22Q66T | A23FDASM22Q66T |
| 39 | amazon.com/sp?seller=A3R7Z5VCRVHAS | Americando |
| 40 | amazon.com/sp?seller=AYM3RDXT9TSR2 | Auto PartsSpecialist |
| 41 | amazon.com/sp?seller=A3QYFPAYLAXG97 | Autoraz pro |
| 42 | amazon.com/sp?seller=A18IIAGV588AU9 | Beautiful banner |
| 43 | amazon.com/sp?seller=A11BSTOKK998M2 | Bluewei |
| 44 | amazon.com/sp?seller=AA4KKNV7R7DXS | BuJunMingXiaoDian |
| 45 | amazon.com/sp?seller=A2MHCL0WXXIQON | changchunshiyuanluoyanshangmaoyouxiangongsiabbc |
| 46 | amazon.com/sp?seller=A1G34QBSZTN7H7 | DeliveredOK |
| 47 | amazon.com/sp?seller=A1BY6371J5J2TH | erzhuoshangmao |
| 48 | amazon.com/sp?seller=A3QLO51YXCCTLQ | fengziandedianpu |
| 49 | amazon.com/sp?seller=A2DWCBNTKCY4R9 | foshanshidongmaixu |
| 50 | amazon.com/sp?seller=A3B9TQE51NQUVA | foshanshinanhaiquqicuiqishangmaoyouxiangongsi |
| 51 | amazon.com/sp?seller=AAQ04J1PNMZFA | guhaojingpin |
| 52 | amazon.com/sp?seller=A9AAI89OKT4UO | guofeng9481 |
| 53 | amazon.com/sp?seller=A3TGA41W7IA111 | guoyangmaoyingshangmaoyouxiangongsi |
| 54 | amazon.com/sp?seller=AU5SRN6GBZ7UI | Hantong-Star |
| 55 | amazon.com/sp?seller=A35ID3VH57RGHD | haodongshangmaoyouxi |
| 56 | amazon.com/sp?seller=A2Z37OUJLHRBRB | Hayd_Nice |
| 57 | amazon.com/sp?seller=A1ELLHRME6C3DK | hefeitichaiwangluokejiyouxiangongsi |
| 58 | ebay.com/str/2cn2582 | 2cn2582 |
| 59 | ebay.com/usr/agm_parts | agm_parts |
| 60 | ebay.com/str/matsmat | aozowoo |
| 61 | ebay.com/str/autoparts2005 | autoparts2005 |
| 62 | ebay.com/usr/backlamp2023 | backlamp2023 |
| 63 | ebay.com/str/baolingsenmaoyiyouxiangongsi | baolingsenmaoyiyouxiangongsi |
| 64 | ebay.com/usr/car.motorcycle.parts | car.motorcycle.parts |
| 65 | ebay.com/str/chench-7203 | chench-7203 |
| 66 | ebay.com/str/chusehngming | chusehngming |

| | | |
|---|---|---|
| 67 | ebay.com/usr/coverassy2023 | coverassy2023 |
| 68 | ebay.com/usr/daisyyy | daisyyy |
| 69 | ebay.com/usr/dareconcepth0 | dareconcepth0 |
| 70 | ebay.com/str/eontend | eontend |
| 71 | ebay.com/str/ewinhuiying | e-winshop |
| 72 | ebay.com/str/good-motors-parts | good-motors-parts |
| 73 | ebay.com/usr/h882017 | h882017 |
| 74 | ebay.com/usr/hain8576 | hain8576 |
| 75 | ebay.com/str/heyaoran | heyaoran |
| 76 | ebay.com/usr/hiyawell | hiyawell |
| 77 | ebay.com/str/hjnytt3 | hjnytt3 |
| 78 | ebay.com/usr/hopebonny | hopebonny |
| 79 | ebay.com/str/hothoting | hot_hoting |
| 80 | ebay.com/usr/hua-3513 | hua-3513 |
| 81 | ebay.com/usr/huahua-999 | huahua-999 |
| 82 | ebay.com/usr/huitengyue | huitengyue |
| 83 | ebay.com/usr/kayleexinbang3 | kayleexinbang3 |
| 84 | ebay.com/str/kelamayistore | kelamayistore |
| 85 | ebay.com/usr/kemoto3 | kemoto3 |
| 86 | walmart.com/seller/101288018 | Geernioy Home Furnishings |
| 87 | walmart.com/seller/101339860 | Juyi Trading Co., Ltd |
| 88 | walmart.com/seller/101290512 | MUCHENGGIFT LLC |
| 89 | walmart.com/seller/101116123 | OBD EXPERTS |
| 90 | walmart.com/seller/101296597 | OGFYGIFTS GROUP LLC |
| 91 | walmart.com/seller/101268759 | Wangruiqi Furniture Decoration |
| 92 | chinacardiags.com | chinacardiags.com |
| 93 | wish.com/merchant/5e8ac026c77ae32c89b1ef34 | Courtney Smith |
| 94 | wish.com/merchant/5fb88049f2f602255981902d | Cyuhong |
| 95 | wish.com/merchant/5e859b0602a80024101349ff | Danza |
| 96 | wish.com/merchant/5422761e90c7764124fb36e6 | dinghaili fashion |
| 97 | wish.com/merchant/5413adf2f8abc8347ba07e15 | dingzhong fashion |
| 98 | wish.com/merchant/5419bf5d4ad3ab50d852eaeb | dnltvbj supper-market |
| 99 | wish.com/merchant/5eae7f5a2adba5508aeb4f43 | Donna Manning34 |
| 100 | wish.com/merchant/5e78567b2d03dd5aaea06f40 | Doris Myres |
| 101 | wish.com/merchant/5e74592064f6b61bb147b2d2 | dufangshop |
| 102 | wish.com/merchant/5e8aedd95a8fceddea4a8d08 | Earnestine Bell |
| 103 | wish.com/merchant/5e87f2db99a1f9c365d44ed2 | Ernest Hicks |

16

| 104 | wish.com/merchant/5b93267b72a98757ef55d41e | Fashion wear students |
|---|---|---|
| 105 | wish.com/merchant/5f60595c9f6759d3d43e60ae | fengtainyang Store |
| 106 | wish.com/merchant/5965e966366c065f9efdc799 | fengtin |
| 107 | wish.com/merchant/5e5de5c3cb7f72446a9d3dcd | Fensydone Bibs |
| 108 | wish.com/merchant/5e9b11d0da2ff2968442ba92 | FFE6E6RR |
| 109 | wish.com/merchant/5ecb39b484e79f1e7ca6e5e2 | fhuxyi |
| 110 | wish.com/merchant/5785ad37da4fbe731e100b63 | flagchina |
| 111 | wish.com/merchant/5fa8f8046f95c4218472e59c | fuhan182 |
| 112 | wish.com/merchant/541047717f086e583484a2a0 | gaoliuyun fashion |
| 113 | wish.com/merchant/5acb58956be8734729117321 | gaosongppfz |
| 114 | wish.com/merchant/5ec0e487664024a0b54f2b3d | gaosuwei5467 |
| 115 | wish.com/merchant/5e7c302eb35476352d39e538 | Gary Colliers |
| 116 | wish.com/merchant/5f882d586e6b916036b1d810 | goodflagcap |
| 117 | wish.com/merchant/5fe6b452a6c07625cc45cadd | Granitemaster |
| 118 | wish.com/merchant/5eaec1027edfbd0fd647d468 | Graylene Mcclanton45 |
| 119 | wish.com/merchant/5ffd1df53f7d14294a6613b3 | Grooming company boss |
| 120 | wish.com/merchant/5efad5e34f3ce02a1aee4be7 | gtzrjinyan |
| 121 | wish.com/merchant/54100b20c5c2461c0583432a | guanqin fashion |
| 122 | wish.com/merchant/55cde99bb5a3cd4f8912c8d2 | GZRIVERRUN |
| 123 | wish.com/merchant/5ef458c41319a26a8c82e008 | hanbousqzzz |
| 124 | wish.com/merchant/5da694ab30115b0b5c752360 | HEHUADP |
| 125 | wish.com/merchant/5e25a6f929e7863ea84cdfcf | heyan120 |
| 126 | wish.com/merchant/6096a461acf3fa995e71554d | High quality auto parts 2009 |
| 127 | wish.com/merchant/5e69f0931511dc6c9e6d52c6 | Hkwid |
| 128 | wish.com/merchant/540fd5a97a9eb4242529e94a | huangjin fashion |
| 129 | wish.com/merchant/60ac8875396b3445c359e6b3 | huangmei84637 |
| 130 | wish.com/merchant/5aa9569754bd093084ff13b8 | husjxuyandedian |
| 131 | wish.com/merchant/5ec7730918a38a6d5f78c445 | HZHYU |
| 132 | wish.com/merchant/5ee58a715b2ec1100e0001ef | jack hey |
| 133 | wish.com/merchant/5e91a44f46be6a9683df1e20 | Jackie DOWNARD |
| 134 | wish.com/merchant/5eaee4300b85d7aa19238906 | Jcgdgxgfhcgcgvcgchvhcgv |
| 135 | wish.com/merchant/5e882108c77ae38f81b1f071 | Jerome Lockhart |
| 136 | wish.com/merchant/5d46bdeff320406f3fa78630 | jianweijun055 |
| 137 | wish.com/merchant/5ee1b406a75a89090660d348 | Jierbeinb Tangsy |
| 138 | wish.com/merchant/5420029b7541ce4593e7d223 | jijiena fashion |
| 139 | wish.com/merchant/5ebb80abff621e5e60e94315 | jijinp |
| 140 | wish.com/merchant/5e8483a9d63eaac838d81386 | JosePO |
| 141 | wish.com/merchant/5e8d608d29e7861aa3e4047a | jyvguvji |
| 142 | wish.com/merchant/6045de8a0d989b6604ada047 | kaikai7157 |
| 143 | wish.com/merchant/561f1794bf8fe6160ed37015 | kalu International company |
| 144 | wish.com/merchant/5eb05df4e3e3ac9a94f7045c | kelsiewhite11728972 |
| 145 | wish.com/merchant/5e830ab56f26ee631ff7c9b2 | Kimberly Rodriguez |
| 146 | wish.com/merchant/5ea2cd557c1b81906e95a7cd | ksjy |

| 147 | wish.com/merchant/5e69084dc96e28c1808ffbaf | L lutechli |
| --- | --- | --- |
| 148 | wish.com/merchant/5e58ac746fa7794cdd024215 | leiyanga |
| 149 | wish.com/merchant/6046ef48f824f326b014a559 | lianglihao7990 |
| 150 | wish.com/merchant/608965a32219631f402e4c48 | Liga billionaire |
| 151 | wish.com/merchant/6054346521089b582f8c04a7 | likangning64436 |
| 152 | wish.com/merchant/5f03d4fc80aca53a6549cae4 | limiaomiaog |
| 153 | wish.com/merchant/5f7a93dc795c60829410ce15 | lina Store me |
| 154 | wish.com/merchant/5eb3b32745b4f84d3b228247 | linglongzhongxin |
| 155 | wish.com/merchant/541915087541ce28dcc2dbea | linjunli fashion |
| 156 | wish.com/merchant/542000079719cd3d4e8a52b3 | linlihuan fashion |
| 157 | wish.com/merchant/612077b50e5784fea1cc9f2a | linlina31439 |
| 158 | wish.com/merchant/5f646ab6cca643b7021a6a44 | LiPing19 |
| 159 | wish.com/merchant/5fc47afce74ab3519019d8d8 | littlemistressuk |
| 160 | wish.com/merchant/604c43785ac73d4e8c97806d | liuboo2724 |
| 161 | wish.com/merchant/541188e69acad808dc724881 | liumomo fashion |
| 162 | wish.com/merchant/5f1d5437fc4e84309e079420 | liuruosong08236 |
| 163 | wish.com/merchant/5f6331e3f5c4ea35879809b4 | LIUyi19840224R |
| 164 | wish.com/merchant/5410425a7f086e583a84a294 | liweichao fashion |
| 165 | wish.com/merchant/54119e4a82b9ac08c970da32 | lixueyi fashion |
| 166 | wish.com/merchant/60ac8f248b8e791f582c5b4b | liyongwang03007 |
| 167 | wish.com/merchant/5adfe7036be8735907dc71d8 | lizhixing |
| 168 | wish.com/merchant/60a870ae396b340382595b0b | liziyi3202 |
| 169 | wish.com/merchant/5e87fb7deb54542580c04622 | Lucille Calderon |
| 170 | wish.com/merchant/5e64855229e78633f105c99d | luhemeishop |
| 171 | wish.com/merchant/54200ed5f8abc805fa2ca7f0 | luoxinxin fashion |
| 172 | wish.com/merchant/5eb0e2e6fb95acab460c177d | luxm |
| 173 | wish.com/merchant/5b30b32c7752c8142472617c | maiyefeng |
| 174 | wish.com/merchant/5e998a3aeece769014663fb4 | majuys |
| 175 | wish.com/merchant/60a1ea1acb86da5ed30b1837 | maoweijie668 |
| 176 | wish.com/merchant/5e983fe5ea18a531c1cdd5a6 | Maria S Perez |
| 177 | wish.com/merchant/5e8ee98fb63f824d00d67e4b | MarjorieUnanSfU |
| 178 | wish.com/merchant/60619d809beae68878933c2a | mawanjun2420 |
| 179 | wish.com/merchant/5eb79ce260027435c5a2d470 | MAXJI |
| 180 | wish.com/merchant/60583aa5e825100749f7f07d | mayouquan6310 |
| 181 | wish.com/merchant/5f9bbe0ec934d7a299f27703 | Mazhilingmu |
| 182 | wish.com/merchant/5e945f0c2522bc8b05c7688b | mcrisowypvvl |